**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE LANNETT COMPANY, INC. DERIVATIVE LITIGATION | Lead Case No. 19-cv-888-MN-JLH |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT**

Co-Lead Plaintiffs Drew Dozier and John J. Conrad ("Plaintiffs")[1] hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (1) granting preliminary approval of the proposed Settlement; (2) approving the form, content, and manner of giving notice of the proposed Settlement to all Lannett stockholders; (3) scheduling a hearing before the Court to determine whether the proposed Settlement should be granted final approval.

This motion is based upon the Stipulation, attached hereto as Exhibit 1; the accompanying Brief in support hereof; and all other papers and proceedings herein. The Parties' agreed-upon form of proposed Preliminary Approval Order is attached as Exhibit C to Exhibit 1. The parties respectfully request that the Court enter the proposed Preliminary Approval Order and insert a date for the final settlement hearing in paragraph 2. This motion is unopposed by Defendants.

DATED: May 22, 2020

Respectfully submitted,

**FARNAN LLP**

 */s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com

---

[1] Unless otherwise defined, all capitalized terms herein have the same meaning as those set forth in the Stipulation and Agreement of Settlement, dated May 22, 2020 (the "Stipulation").

1

mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (860) 537-4432
gjohnson@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Scott R. Jacobsen
Jonathan M. Zimmerman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
sjacobsen@scott-scott.com
jzimmerman@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*