# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LANNETT COMPANY, INC. DERIVATIVE LITIGATION | Lead Case No. 19-cv-888-MN-JLH |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on October 7, 2020, at 1:00 p.m., a hearing will be held before the Honorable Jennifer L. Hall of the United States District Court for the District of Delaware, located at the J. Caleb Boggs Federal Building, Courtroom 2B, 844 N. King Street, Wilmington, Delaware 19801-3555. Co-Lead Plaintiffs Drew Dozier and John Conrad ("Plaintiffs") will and hereby do move this Court for entry of an Order: (1) granting final approval of the proposed Settlement;[1] (2) entering the Judgment and dismissing all claims; (3) awarding the agreed-upon negotiated attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel; (4) awarding the Service Award to Plaintiffs; and (5) granting such other relief as the Court deems just and proper.

This motion is made pursuant to Rule 23.1(c) of the Federal Rules of Civil Procedure and is supported by the accompanying Brief in support; the Stipulation and all exhibits thereto; the declarations of Geoffrey M. Johnson, Timothy Brown, Phillip Kim, and Brian Farnan made in support of this motion; the [Proposed] Final Order and Judgment submitted concurrently herewith; all pleadings and papers filed in this action; any arguments made before the Court at the hearing of this motion; and such additional evidence or argument as may be required by the Court.

DATED:  September 16, 2020               **FARNAN LLP**

                                                     */s/ Brian E. Farnan*
                                                    Brian E. Farnan (Bar No. 4089)
                                                    Michael J. Farnan (Bar No. 5165)
                                                    919 N. Market St., 12th Floor
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 777-0300
                                                    Facsimile: (302) 777-0301
                                                    bfarnan@farnanlaw.com

---

[1] All capitalized terms not defined herein shall have the same meanings and/or definitions as those set forth in the Stipulation and Agreement of Settlement filed with the Court on May 22, 2020 (D.I. 37-1) (the "Stipulation").

mfarnan@farnanlaw.com

*Liaison Counsel for Plaintiffs*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Geoffrey M. Johnson
12434 Cedar Road, Suite 12
Cleveland Heights, OH 44106
Telephone: (216) 229-6088
Facsimile: (860) 537-4432
gjohnson@scott-scott.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Scott R. Jacobsen
Jonathan M. Zimmerman
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
sjacobsen@scott-scott.com
jzimmerman@scott-scott.com

*Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
tbrown@thebrownlawfirm.net

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

*Co-Lead Counsel for Plaintiffs*