IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LANNETT COMPANY, INC. DERIVATIVE LITIGATION | Case No. 19-cv-888-MN-JLH |

**DECLARATION OF BRIAN E. FARNAN IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT AND APPROVAL OF AGREED-UPON ATTORNEYS' FEES AND EXPENSES**

I, Brian E. Farnan, declare as follows:

1. I am an attorney at Farnan LLP, Liaison Counsel for plaintiffs Drew Dozier and John Conrad (collectively, "Plaintiffs") in the above consolidated derivative action (the "Derivative Action").[1] The testimony provided herein is based upon my personal knowledge, information, and belief, and, if called upon, I could and would competently testify thereto.

2. I submit this Declaration in support of Plaintiffs' Motion for Final Approval of Settlement, which is being filed contemporaneously herewith.

3. Our firm's time report was compiled from contemporaneous records made by each biller and then compiled in an electronic database maintained by our firm. I reviewed the daily time records maintained by our firm with respect to the Derivative Action.

4. I supervised the work of and/or worked directly with the lawyers and professionals who billed time to this matter. Having reviewed their time records, I can aver that the hours reported and the work they reflect were reasonably necessary to the successful institution,

---

[1] All capitalized terms herein, unless otherwise stated, have the same definitions as set forth in the Stipulation and Agreement of Settlement, dated May 22, 2020 (the "Stipulation"). *See* Exhibit 1 to Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement (D.I. 37, 37-1).

1

prosecution, and resolution of this litigation. The hourly rates shown below are the usual and customary rates charged for each individual in all of our cases.

5. The chart below summarizes the hours, rate, and lodestar of each Farnan LLP attorney or paralegal who worked on this matter. The total number of hours spent on the litigation of the Derivative Action by my firm is 12.4. The total lodestar amount for attorney time based on the firm's current rates is $8,145.00. A breakdown of the lodestar is set forth in the chart below.

| NAME | | HOURS | HOURLY RATE | LODESTAR |
|---|---|---|---|---|
| Brian E. Farnan | A | 7.7 | $725 | $5,582.50 |
| Michael J. Farnan | A | 1.7 | $650 | $1,105.00 |
| Rosemary J. Piergiovanni | A | 1.7 | $650 | $1,105.00 |
| Tracie F. Truman | PL | 1.5 | $235 | $352.50 |
| *Totals* | | *12.4* | | *$8,145.00* |

(A) Attorney
(PL) Paralegal

6. My firm's compensation for services rendered in this case was and is entirely contingent on the success of the Derivative Action in providing Lannett a substantial benefit, and on the Court's approval of the fee and expense application. None of the attorneys' fees submitted to this Court has been paid from any source or has been the subject of any prior request or prior award in any litigation or other proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 15, 2020        /s/ Brian E. Farnan
                                 Brian E. Farnan