# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LANNETT COMPANY, INC. DERIVATIVE LITIGATION | Lead Case No. 1:19-cv-00888-MN-JLH |

## STATEMENT OF DEFENDANTS
## IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT

Nominal defendant Lannett Company, Inc. ("Lannett" or the "Company"), and Defendants Arthur P. Bedrosian, Timothy C. Crew, Martin P. Galvan, John Kozlowski, David Drabik, Jeffrey Farber, Patrick LePore, James M. Maher, Albert Paonessa, III, and Paul Taveira (together with Lannett, "Defendants"), by and through their undersigned counsel, submit this statement in support of Plaintiffs' Motion for Final Approval of Settlement. Defendants support Plaintiffs' request for an entry of an order granting final approval of the proposed settlement of this action, which settlement Defendants believe is fair, reasonable, adequate, and in the best interests of the Company and its stockholders.

Dated: September 16, 2020

Respectfully submitted,

**FOX ROTHSCHILD LLP**

/s/ *Kasey H. DeSantis*
Kasey H. DeSantis (Bar No. 5882)
919 N. Market St., Suite 300
Wilmington, DE 19899-2323
Tel: (302) 622-4272
Fax: (302) 656-8920

-and-

**KIRKLAND & ELLIS LLP**
Jay P. Lefkowitz (admitted *pro hac vice*)
Matthew Solum (admitted *pro hac vice*)
Daniel R. Cellucci (admitted *pro hac vice*)

601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4970
Fax: (212) 446-4900
Email: lefkowitz@kirkland.com
Email: msolum@kirkland.com
Email: dan.cellucci@kirkland.com

-and-

*Attorneys for Defendants Arthur P. Bedrosian, Timothy C. Crew, Martin P. Galvan, John Kozlowski, Jeffrey Farber, Patrick LePore, James M. Maher, Albert Paonessa, III, and Nominal Defendant Lannett Company, Inc.*

**JENNER AND BLOCK LLP**
Howard S. Suskin
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

-and-

Anthony S. Barkow
Olivia G. Hoffman
919 Third Avenue
New York, NY 10022
Tel: (212) 891-1600

-and-

**ROSS ARONSTAM & MORITZ LLP**
David E. Ross (#5228)
Anne M. Steadman (#6221)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
dross@ramllp.com
asteadman@ramllp.com

*Attorneys for David Drabik and Paul Taveira*