IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE LANNETT COMPANY, INC. DERIVATIVE LITIGATION | ) ) ) C.A. No. 19-888 (MN) (JLH) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on October 7, 2020, Magistrate Judge Hall held a telephonic motion hearing on Plaintiffs' Motion for Final Approval of Settlement (D.I. 43) and on Ella Evans and Shawn Price's Motion to Intervene and Objection to Final Approval of Derivative Settlement (D.I. 50);

WHEREAS, at the conclusion of the hearing, Judge Hall read her Report and Recommendation ("the Report") into the record from the bench (D.I. 63, 10/7/2020 Hr'g Tr. at 33:22-57:15) and advised the parties that she would not be issuing a separate written Report (*Id*. at 33:24-25);

WHEREAS, after reading her Report into the record, Judge Hall advised the parties that the transcript would serve as the Report and that the time to file objections would run fourteen (14) days from October 7, 2020 (*Id*. at 58:3-6); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 22nd day of October 2020 that the Report and Recommendation is ADOPTED.

Plaintiffs' Motion for Final Approval of Settlement (D.I. 43) is GRANTED and the Court will enter the proposed Final Order and Judgment attached thereto with the modifications recommended by Judge Hall.  (*See Id*. at 57:10-14).

Ella Evans and Shawn Price's Motion to Intervene and Objection to Final Approval of Derivative Settlement (D.I. 50) is DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge